# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | Case No. 13-00277 |
| | | (Chapter 13) |
| VELMA MELTON | * | |
| | * | |
| Debtor | | |
| * * * * * * * * | | * * * * |
| JUSTICE | | |
| FEDERAL CREDIT UNION | * | |
| 5175 Parkstone Drive, Suite 200 | | Judge Martin S. Teel Jr. |
| Chantilly, VA 20151 | * | Date: 3/27/2014 |
| | | Time: 9:30 AM |
| Movant | * | |
| v. | | |
| | * | |
| VELMA MELTON | | |
| 1548 Douglas Street, N.E. | * | |
| Washington, D.C. 20018 | | |
| (Debtor) | * | |
| | | |
| Cynthia A. Niklas | * | |
| 4545 42nd Street, NW Suite 211 | | |
| Washington, DC 20016-4623 | * | |
| (Chapter 13 Trustee) | | |
| | * | |
| Respondents | | |
| * * * * * * * * | | * * * * |

## MOTION SEEKING RELIEF FROM THE AUTOMATIC STAY

Justice Federal Credit Union, Movant, by and through its Counsel Silverman Theologou, LLP, and Philip Yeager, Esq., files this Motion Seeking Relief from the Automatic Stay, and says:

1. This Court has jurisdiction pursuant to 11 U.S.C. § 1301(c) and 28 U.S.C. §§157(B) and 1334, giving this Court jurisdiction to grant relief from the Automatic Stay for cause and/or to prevent irreparable damage to the interest of a secured creditor in the property of the Debtor.

2. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(g).

3. Movant is the holder of a Note secured by a Deed of Trust executed on or around 1/21/2011 and recorded among the land records of Washington, D.C. and which encumbers the property of the Debtor at *1548 Douglas Street, N.E., Washington, DC 20018*.

4. On 05/06/2013, Velma Melton, the Debtor, initiated proceedings in this court seeking relief under Chapter 13 of the Bankruptcy Code (Case # 13-00277).

5. At the time of the bankruptcy filing, the Debtor had a second mortgage secured by the property with Movant. See loan information attached as Exhibit A and incorporated herein by reference.

6. The current principal balance is $105,561.18 plus interest, late charges and foreclosure fees and costs due from July 10, 2013. The documentation for this is detailed in the account information attached as Exhibit B and incorporated herein by reference.

7. A Second Amended Chapter 13 plan was confirmed 9/20/2013, which required Velma Melton to pay Justice Federal Credit Union outside of the plan for the ongoing monthly mortgage payments.

8. Velma Melton has not made those payments.

9. The Movant contends therefore that the stay should be lifted for cause and that it is inadequately protected by the Debtor's failure to make the post-petition payments which may include an escrow for taxes and insurance.

10. In the Schedules, the Debtor lists a current market value of $311,150.00, with a first mortgage with a different creditor fully secured for $315,000.00.

11. The Movant believes that the market value is significantly higher than the Debtor's estimate. The Movant wishes to enforce its security interest. If there is any surplus from the sale after the mortgages are paid, that surplus will be distributed to the Chapter 13 Trustee.

12. Justice Federal Credit Union did not maintain an escrow account for taxes or other fees so there is no need for and statement detailing an escrow account.

**WHEREFORE**, Movant respectfully requests that this Honorable Court Terminate the automatic stay, to allow Movant to recover and dispose of the property at 1548 Douglas Street, N.E., Washington, DC 20018.

/s/ Philip Yeager
PHILIP YEAGER, ESQ. #996826
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
Phone: (301) 468-4990
pyeager@silvermanlegal.com
*Attorney for Justice*
*Federal Credit Union*