# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| VELMA M. MELTON, | * | Case No. 13-0-0277-SMT |
|     Debtor | * | (Chapter 13) |
| | * | |
| CREDIT ACCEPTANCE CORP. | * | |
| 2277 Highway 36 West, Suite 100 | * | |
| Roseville, MN 55113 | * | |
| | * | |
|     Movant(s) | * | |
| | * | |
| v. | * | |
| | * | |
| VELMA M. MELTON | * | |
|     Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Respondent, Velma M. Melton, by undersigned counsel, opposes the Motion for Relief from Automatic Stay as follows:

### FIRST DEFENSE

1. Respondent admits the allegations contained in paragraphs numbered 1 through 4.

2. The documents referred to in paragraphs numbered 5 and 6 speak for themselves.

3. Respondent demands strict proof of the allegations contained in paragraphs numbered 7, 8, and 9.

4. The remaining allegations are denied.

### SECOND DEFENSE

5. There is sufficient equity cushion in the subject property to provide adequate protection. In addition, Respondent may also provide additional adequate protection by making future

payments timely.

WHEREFORE, Respondent requests this Court to deny the relief from stay.

/s/ Bennie Brooks
BENNIE BROOKS 02478
8201 Corporate Drive, Suite 260
Landover, MD 20785
(301) 731-4160
bbrookslaw@aol.com
Attorney for Debtor

### CERTFICATE OF SERVICE

I HEREBY CERTIFY on this 17th day of September 2014, to the extent that the following persons were not served electronically via the CM/ECF system, I mailed a copy of the foregoing by first class mail, postage prepaid, to:

Michael J. Klima, Jr.
810 Glen Eagles Court, Suite 312
Baltimore, MD 21286-2237
*Attorney for Movant*

Cynthia A. Niklas, Esq.
Chapter 13 Trustee
4545 4snd Street, NW
Suite 211
Washington, D.C. 20016

/s/ Bennie Brooks
BENNIE BROOKS 02478