## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                                  *
    VELMA M. MELTON,             *        Case No. 13-00277
                                 *
    Debtor(s)                    *        (Chapter 13)

## MOTION TO CONVERT CHAPTER 13
## CASE TO A CASE UNDER CHAPTER 7

Debtor, Velma M. Melton, by undersigned counsel, moves this Honorable Court to convert the above-captioned Chapter 13 case to a case under Chapter 7. The following is stated as reasons:

1. That Debtor is unable to make all payments required by her confirmed Chapter 13 Plan due to interruption in her income.

2. That Debtor has a substantial amount of debt and pursuant to 11 U.S.C. §1307(b), she desires to convert this case to a case under Chapter 7.

WHEREFORE, Debtor requests that this Honorable Court enter an order converting this Chapter 13 case to a case under Chapter 7.

                                                          /s/Bennie Brooks
                                                          BENNIE BROOKS 02478
                                                          8201 Corporate Drive, Suite 260
                                                           Landover, MD 20785
                                                           (301) 731- 4160
                                                           bbrookslaw@aol.com
                                                           Attorney for Debtor

SEEN AND AGREED TO:

/s/ Velma M. Melton
VELMA M. MELTON

## CERTIFICATE OF SERVICE

I hereby certify that, to the extent the following were not notified electronically via CM/ECF, a copy of the foregoing was mailed, postage prepaid, this 27th day of March, 2015, to Cynthia Niklas, Chapter 13 Trustee, 4545 42nd Street, NW, Suite 211, Washington, DC 20016; Office of the U.S. Trustee, 115 South Union Street, Alexandria, VA 22314; and to all creditors and interested parties listed on the mailing matrix.

/s/Bennie Brooks
BENNIE BROOKS